UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIE NATHANIEL BROWN,

    Plaintiff,

v.

PIERCE COUNTY JAIL,

    Defendant.

CASE NO. C19-5228 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 6. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's complaint is **DISMISSED**;

(3) Plaintiff's *in forma pauperis* status is **REVOKED** for purposes of appeal; and

(4) The Clerk shall enter **JUDGMENT** and close this case.

Dated this 16th day of July, 2019.

BENJAMIN H. SETTLE
United States District Judge

ORDER